**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-7780**

CHRISTOPHER H. WRIGHT,

Plaintiff - Appellant,

versus

R. D. FOWLER, Officer; TOBY MATTHEWS, Sheriff;
DOCTOR STOKES, Henrico County Jail Medical;
HENRICO COUNTY JAIL MEDICAL DEPARTMENT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-96-730)

Submitted: August 25, 1998      Decided: September 17, 1998

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christopher H. Wright, Appellant Pro Se. Joseph Paul Rapisarda, Jr., County Attorney, James Thomas Moore, III, COUNTY ATTORNEY'S OFFICE, Richmond, Virginia; Anton Joseph Stelly, THOMPSON, SMITHERS, NEWMAN & WADE, Richmond, Virginia; Carlyle Randolph Wimbish, III, Marvin Pierce Rucker, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the magistrate judge's order[*] denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm. <u>Wright v. Fowler</u>, No. CA-96-730 (E.D. Va. Nov. 4, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the exercise of jurisdiction by a magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1993).

2